LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
E-Mail: Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL:  702.893.3383
FAX: 702.893.3789
*Attorney for Defendant Victor M. Cepeda*
*Gonzalez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO GUTIERREZ ARMENDARIZ, an individual; ANA DANIELA AMEZQUITA AVILES, an individual; RICARDO GUTIERREZ ARMENDARIZ, an individual,<br><br>           Plaintiffs,<br><br>      vs.<br><br>VICTOR M. CEPEDA GONZALEZ, an individual; J. ROMERO MIRABAL, an individual, DOES I through X; and ROE ENTITIES I through X,<br><br>           Defendants. | CASE NO. 2:25-cv-00118-GMN-EJY<br><br><br>**STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER** |

Plaintiff ROLANDO GUTIERREZ ARMENDARIZ, Plaintiff ANA DANIELA AMEZQUITA AVILES, and Plaintiff RICARDO GUTIERREZ ARMENDARIZ (collectively "Plaintiffs") and Defendant VICTOR M. CEPEDA GONZALEZ ("Defendant"), by and through their counsel of record, hereby submit this Discovery Plan and Scheduling Order:

On December 5, 2024, Cepeda filed his Answer to Plaintiff's Complaint.

1.     **Meeting**. On March 12, 2025, the undersigned counsel conducted a meeting pursuant to F.R.C.P. 26(f) and L.R. 26-1(a).  Defendant J. ROMERO MIRABAL has not appeared in this matter.

2.     **Pre-Discovery Disclosures**.    Plaintiffs submitted their F.R.C.P. 26(a)(1) Disclosure on March 13, 2025.  Defendant submitted his F.R.C.P. 26(a)(1) Disclosure on

157492698.1

April 9, 2025.

   3.   <u>Discovery Plan</u>.   The parties jointly propose to the Court the following discovery plan:

   (a)   <u>Subject of Discovery</u>.  Discovery will be needed on the following subjects:  discovery will be needed on all of the claims and defenses in this matter and all matters within the scope of F.R.C.P. 26.

   (b)   <u>Discovery Cut-Off Date(s).</u> The first answering defendant, Defendant VICTOR M. CEPEDA GONZALEZ, filed its Answer to Plaintiffs' Complaint on December 5, 2024, in the State Court action, Case No. A-24-903950-C5, before removal of this action.   Accordingly, discovery should take 180 days, measured from December 5, 2024.  However, due to communications issues with clients and delays caused by service of Defendant J. ROMERO MIRABAL, the parties stipulate that discovery shall be measured from the date Defendant J. ROMERO MIRABAL's answer was due, May 12, 2025.  Therefore, all discovery must be commenced in time to be completed by *Monday, November 10, 2025*.

   (c)   <u>FRCP 26(a)(2) Disclosures (Experts)</u>.  Disclosure of experts shall proceed as follows:  Plaintiffs and Defendants shall disclose their experts to each other at least sixty (60) days before the discovery cut-off date, by *Thursday, September 11, 2025,* which is 60 days before discovery cut-off.   Plaintiffs and Defendants shall disclose their rebuttal experts at least thirty (30) days after the initial date for disclosure of experts by *Tuesday, October 14, 2025*, which is thirty-one (31) days after the initial expert disclosure.  Further each party agrees to make their experts available for deposition, and facilitate same, prior to discovery cut-off.

…

(d)    <u>Alternative Dispute Resolution and Case Disposition</u>.  Pursuant to LR 26-1(b)(8) and FRCP 73, the parties discussed trial by a magistrate judge and the possibility of alternative dispute resolutions and the Short Trial Program; the Plaintiff and the Defendant do not agree that any of the foregoing are appropriate for this case.

(e)    <u>FRCP 26-1(b)(9) - Electronic Evidence</u>.  The parties certify that they have discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberation.  Although not known at this time which exhibits will be electronically presented, the parties stipulate that they will provide discovery in an electronic format compatible with the Court's electronic jury evidence display system. The parties stipulate that they will contact the courtroom administrator for instructions about how to prepare evidence in an electronic format and other requirements for the Court's electronic jury evidence system.

4.    <u>Other Items</u>.

(a)    <u>Interrogatories and depositions</u>.  The parties agree to the customary total number of interrogatories of 25 per party; the parties may agree to more interrogatories by mutual agreement or application to the Court.  The parties also agree to no more than ten (10) depositions by Plaintiffs and no more than ten (10) depositions by Defendants as provided in Rule 30(a)(2)(A)(i).  However, the parties may agree to more depositions by mutual agreement or application to Court.

(b)    <u>Amending the Pleadings and Adding Parties</u>. The parties have until *Tuesday, August 12, 2025*, to file any motions to amend the pleadings or to add parties.  This is ninety (90) days prior to the discovery cut-off date.

(c)    <u>Settlement</u>.  The parties agree to confer prior to expert depositions to

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1    discuss settlement options regarding any and all parties, including any

2    new parties.

3    (d)    Court Conference.  The parties do not request a conference with the

4    Court before entry of the Scheduling Order.

5    (e)    Later Appearing Parties.  A copy of this discovery plan and scheduling

6    order shall be served on any person served after it is entered, or, if

7    additional defendants should appear, within five (5) days of their first

8    appearance.  This discovery plan and scheduling order shall apply to

9    such later-appearing parties, unless the Court, on motion and for good

10   cause shown, orders otherwise.

11   (f)    Dispositive Motions.  The parties shall have until *Wednesday,*

12   *December 10, 2025*, to file dispositive motions.  This does not exceed

13   the outside limit of thirty (30) days following the discovery cut-off date

14   that LR 26-1(e)(4) presumptively sets for filing dispositive motions.

15   (g)    Pretrial Order.  The pretrial order shall be filed by *Friday, January 9,*

16   *2026*, which is not more than thirty (30) days after the date set for filing

17   dispositive motions in the case.   This date is suspended if the

18   dispositive motions are timely filed.  In such a case, the pretrial order

19   shall be filed thirty (30) days after the Court files an Order on any

20   dispositive motions.  The disclosures required by FRCP 26(a)(3) shall

21   be made in the joint pretrial order.

22   (h)    Extension or Modification of the Discovery Plan and Scheduling

23   Order.  LR 26-4 governs modifications or extension of this discovery

24   plan and scheduling order.  Any stipulation or motion must be made

25   not later than twenty-on (21) days before the subject deadline and

26   comply fully with LR 26-4

27   …

28   …

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

157492698.1                                    4

| Activity | Date |
|---|---|
| Amend Pleadings | Tuesday, August 12, 2025 |
| Expert Disclosures | Thursday, September 11, 2025 |
| Rebuttal Expert Disclosures | Tuesday, October 14, 2025 |
| Discovery Cut-Off Date | Monday, November 10, 2025 |
| Dispositive Motions | Wednesday, December 10, 2025 |
| Pretrial Order | Friday, January 9, 2026 |

APPROVED AS TO FORM AND CONTENT.

DATED this 19th day of May, 2025.                DATED this 19th day of May, 2025.

TANNER LAW FIRM                                 LEWIS BRISBOIS BISGAARD & SMITH LLP


        /s/  David A. Tanner                             /s/ Laureen P. Frister
DAVID A. TANNER, ESQ.                     LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 8282                       Nevada Bar No. 13217
JEFFREY C. GUNN, ESQ.                     *Attorney for Defendant Victor M. Cepeda*
Nevada Bar No. 15925                      *Gonzalez*
*Attorneys for Plaintiffs*


ORDER

IT IS SO ORDERED

DATED this 20th day of May, 2025.

UNITED STATES MAGISTRATE JUDGE

157492698.1                                         5