LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
E-Mail: Laureen.Frister@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
*Attorney for Defendants Victor M. Cepeda*
*Gonzalez and J. Romero Mirabal*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROLANDO GUTIERREZ ARMENDARIZ, an individual; ANA DANIELA AMEZQUITA AVILES, an individual; RICARDO GUTIERREZ ARMENDARIZ, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> VICTOR M. CEPEDA GONZALEZ, an individual; J. ROMERO MIRABAL, an individual, DOES I through X; and ROE ENTITIES I through X, <br><br> Defendants. | CASE NO. 2:25-cv-00118-GMN-EJY <br><br> **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff ROLANDO GUTIERREZ ARMENDARIZ, Plaintiff ANA DANIELA AMEZQUITA AVILES, Plaintiff RICARDO GUTIERREZ ARMENDARIZ, Defendant VICTOR M. CEPEDA GONZALEZ, and Defendant J. ROMERO MIRABAL, and their respective counsel of record, that the above-entitled action shall be dismissed with prejudice, with the parties to bear their own costs and attorneys' fees.

///

///

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

171998433.1

IT IS FURTHER STIPULATED AND AGREED that the parties may obtain, if applicable, the return of their jury demand fees previously submitted to the Court.

| Dated this 2⊘ day of MAR , 2026. | Dated this 25 day of March , 2026. |
|---|---|
| TANNER LAW FIRM | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| /s/ | /s/ Laureen P. Frister |
| DAVID A. TANNER, ESQ. | LAUREEN P. FRISTER, ESQ. |
| Nevada Bar No. 8282 | Nevada Bar No. 13217 |
| JEFFREY C. GUNN, ESQ. | *Attorney for Defendants* |
| Nevada Bar No. 15925 | |
| *Attorneys for Plaintiffs* | |

## ORDER FOR DISMISSAL WITH PREJUDICE

Upon stipulation of the parties, by and through their respective counsel of record:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and the same is hereby, dismissed with prejudice, each party to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that jury fees deposited by the parties, be returned, if applicable.

The Clerk of Court is kindly directed to close this case.

_____
DISTRICT COURT JUDGE

Respectfully submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Laureen P. Frister
LAUREEN P. FRISTER, ESQ.
Nevada Bar No. 13217
*Attorney for Defendants*

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW